UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LANSDOWN,<br><br>        Plaintiff,<br><br>    v.<br><br>BAYVIEW LOAN SERVICING, LLC, et al.,<br><br>        Defendants. | Case No. 22-cv-00763-TSH<br><br>**ORDER GRANTING TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 94 |

Plaintiff Melissa Lansdown seeks injunctive relief to halt the foreclosure sale of her home at 1670 Chiquita Road in Healdsburg, California. The sale is scheduled to occur on December 6, 2023. Having reviewed Plaintiff's motion and the docket in this case, Plaintiff has shown she will suffer irreparable injury if the sale proceeds before this matter can be heard. Thus, this Court **GRANTS** a temporary restraining order, enjoining Defendants or their agents from selling the property absent a further order from this Court. *See* Fed. R. Civ. P. 65(b). The temporary restraining order shall expire at 5:00 p.m. on December 14, 2023. The parties shall appear before the Court by phone on December 4, 2023 at 10:00 a.m., by calling 888-684-8852 and entering access code 2925506#.

    **IT IS SO ORDERED.**

Dated: December 1, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge