UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LANSDOWN,<br><br>        Plaintiff,<br><br>    v.<br><br>BAYVIEW LOAN SERVICING, LLC, et al.,<br><br>        Defendants. | Case No. 22-cv-00763-TSH<br><br>**ORDER TO SHOW CAUSE** |

Pending before the Court is Plaintiff's motion for leave to file a consolidated complaint. ECF No. 93. Defendants have failed to file an opposition or statement of non-opposition in compliance with Civil Local Rule 7. Accordingly, the Court **ORDERS** Defendants to show cause why Plaintiff's motion should not be granted based on their failure to oppose it. Defendants shall file a declaration by December 22, 2023 and simultaneously file either an opposition in compliance with Civil Local Rule 7-3(a) or a statement of nonopposition in compliance with Local Rule 7-3(b). If Defendants file an opposition, Plaintiff may file any reply by December 29, 2023.

**IT IS SO ORDERED.**

Dated: December 15, 2023

THOMAS S. HIXSON
United States Magistrate Judge