UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELISSA LANSDOWN,

         Plaintiff,

v.

BAYVIEW LOAN SERVICING, LLC, et al.,

         Defendants.

Case No. 22-cv-00763-TSH

**ADMINISTRATIVE CLOSURE**

Plaintiff Melissa Lansdown has filed a Notice of Bankruptcy Proceedings and Automatic Stay. ECF No. 115. As such, there appears to be no reason to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to administratively close this case and terminate all pending deadlines. Should further proceedings become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.[1]

**IT IS SO ORDERED.**

Dated: January 19, 2024

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] An administrative closing order (e.g., the action is stayed pending completion of an act or event) is a docket management tool – not a dismissal or a final decision creating appellate jurisdiction. *See Dees v. Billy*, 394 F.3d 1290, 1294 (9th Cir. 2005). It is "no different from a simple stay, except that . . . administratively closed cases are not counted as active." *Id.* (citation and quotation omitted).